**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00933-CV

---

### DENTISTRY AT ARTYSAN LANE PLLC, Appellant

### V.

### TEXAS INDEPENDENCE PLAZA LLC, Appellee

---

**On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 22-DCV-297421**

---

### MEMORANDUM OPINION

This is an appeal from an order signed December 13, 2022. The notice of appeal was filed December 27, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On April 26, 2023, appellee filed a motion to dismiss for want of prosecution because appellant had not paid the appellate filing fee nor paid for the reporter's record. On May 9, 2023, this court ordered appellant to pay the appellate filing fee on or before May 19, 2023 or the appeal would be subject to dismissal without further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.